**Order entered July 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01103-CR

**HUBERT VAUGHN THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15-50706-86-F**

## ORDER

We **REINSTATE** this appeal.

Because appellant's brief had not been filed, we abated this appeal for a hearing. On July 13, 2017, we received the trial court's July 12 findings and recommendations. We **ADOPT** the trial court's findings and recommendations that (1) appellant wants to pursue this appeal, and (2) appellate counsel Lara Bracamonte needs an additional thirty days in which to file appellant's brief.

We **ORDER** appellant's brief filed within thirty days of the date of this order

/s/      ADA BROWN
           JUSTICE